(124 So. 665)
### SEAY v. HUNT. (2 Div. 954.)

Supreme Court of Alabama.   Nov. 21, 1929.

Wm. R. Rountree, Jr., of Selma, for appellant.

Hobbs, Craig & Brown, of Selma, for appellee.

GARDNER, J.   Appellant has entered no assignments of error on the record.   This necessitates the affirmance of the judgment below.   Rule 1, Supreme Court Practice, volume 4, Code 1923, p. 880; Nichols v. Hardegree, 202 Ala. 132, 79 So. 598, and authorities there cited.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.